# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 19, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137807 & (25)(26)

DIANE OVERBAY, Personal Representative
of the Estate of BOBBY OVERBAY, Deceased,
        Plaintiff-Appellee,

v

BOTSFORD GENERAL HOSPITAL,
        Defendant-Appellant,

and

MICHAEL REBOCK, D.O., MANZOOR
HAROON, M.D., QUALITY HEALTH CARE,
P.C., and M.A. HAROON, M.D., P.C.,
        Defendants.
_____/

SC: 137807
COA: 287941
Wayne CC: 07-710027-NH

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 20, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 19, 2008

_____
Clerk

d1216